UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JODI BLAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:09-cv-06923 |
| ) | |
| WINDHAM PROFESSIONALS ) | |
| ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, JODI BLAIR, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

DATED: December 14, 2009         KROHN & MOSS, LTD.

By:___/s/Adam T. Hill_____
    Adam T. Hill
    KROHN & MOSS, LTD.
    Attorney for Plaintiff
    120 W. Madison St., 10th Fl.
    Chicago, Illinois 60602
    (312) 578-9428