## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JODI BLAIR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:09-cv-06923 |
| WINDHAM PROFESSIONALS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

## NOTICE OF VOLUNTARY DISMISSAL

JODI BLAIR (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, WINDHAM PROFESSIONALS (Defendant), in this case.

DATED:  December 21, 2009          KROHN & MOSS, LTD.

                         By:_____/s/ Adam J. Krohn_____ _____
                            [ ]Adam J. Krohn
                            Attorneys for Plaintiff
                            Krohn & Moss, Ltd.
                            10474 Santa Monica Blvd, Suite 401
                            Los Angeles, CA 90025

1

VOLUNTARY DISMISSAL